UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| ROBERT J. GRIFFITH, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 1:11CV00112SNLJ |
| JIM MOORE and CHRISTOPHER KOSTER, | ) ) ) ) | |
| Defendants, | ) | |

## ORDER

On June 28, 2011, due to an error in electronic case opening, the above styled case was inadvertently assigned a Southeastern Division case number. However, the above referenced case requires an Eastern Division case number.

Therefore, this case must be randomly reassigned an Eastern Division case number.

**IT IS HEREBY ORDERED** that the Southeastern Division case is closed and the case has been reassigned as Eastern Division case number 4:11CV001153TCM and randomly assigned to Magistrate Judge Thomas C. Mummert III.


June 29, 2011                                     JAMES G. WOODWARD
DATE                                                     CLERK OF COURT


                                                         By: /s/ Karen Moore
                                                                Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:11CV001153TCM.**